Michael G. McQuillen (Pro Hac Vice)
mmquillen@amm-law.com
John M. Kelly (Pro Hac Vice)
jkelly@amm-law.com
Gina M. Diomedi (Pro Hac Vice)
gdiomedi@amm-law.com
ADLER MURPHY & McQUILLEN LLP
20 S. Clark Street, Suite 2500
Chicago, IL 60603
Telephone: 312.345.0700
Facsimile: 312.345.9860

James N. Leik (8111109)
JLeik@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

*Attorneys for Defendant Honeywell International Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re Crash of Aircraft N93PC ) | |
| ) | No. 3:15-cv-0112-HRH |
| on July 7, 2013 at Soldotna, Alaska ) | (Consolidated with |
| ) | No. 3:15-cv-0113-HRH and |
| ) | No. 3:15-cv-0115-HRH) |
| ) | |

### HONEYWELL INTERNATIONAL INC.'S
### MOTION FOR SUMMARY JUDGMENT

**Oral Argument Requested**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Honeywell International Inc. ("Honeywell") moves this Court for summary judgment. This motion is supported by Honeywell's memorandum filed simultaneously herewith.

Dated: July 12, 2019					Respectfully Submitted,

                                                **ADLER MURPHY & McQUILLEN LLP**

                                                Attorneys for Defendant
                                                Honeywell International Inc.

                                                s/ Michael G. McQuillen
                                                   Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2019, a true and correct copy of the foregoing Honeywell International Inc.'s Motion for Summary Judgment and accompanying Memorandum of Law were served electronically via the Court's CM/ECF System on all parties involved.

/s/ Michael G. McQuillen
Michael G. McQuillen