Mary F. Schiavo, Esquire
James R. Brauchle, Esquire
MOTLEY RICE, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9138
mschiavo@motleyrice.com
jbrauchle@motleyrice.com
**Counsel for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re Crash of Aircraft N93PC )<br> )<br>On July 7, 2013, at Soldotna, Alaska )<br> )<br> )<br>_____) | No. 3:15-cv-0112-HRH<br>[Consolidated with<br>No. 3:15-cv-0113-HRH and<br>No. 3:15-cv-0115-HRH] |

**PLAINTIFFS RESPONSE IN OPPOSITION TO HONEYWELL'S MOTION *IN LIMINE* NO. 11 TO BAR TESTIMONY ABOUT ALLEGED "HABITS" OF ALASKAN/DHC-3 "OTTER" PILOTS**

Defendant moves to bar Plaintiffs' experts from testifying about the alleged "habits" or "tendencies" of Alaskan pilots or DHC-3 "Otter" pilots because those opinions are unreliable, not relevant, prejudicial, completely speculative, lack foundation, not based on any personal observations, not reasonably reliable, or the type of evidence reasonably relied upon by experts in his field. Honeywell complains specifically on two areas that Plaintiffs' expert Sommer testified. Sommer testified that it was not so unusual that aircraft in Alaska may be loaded

1

overweight and at or beyond the center of gravity specifications.[1] Sommer also testified that he has personally witnessed pilots in Alaska take-off with full flaps and has heard other operators discuss this technique.[2]

A.  **Sommer's Testimony About Alaska Pilot Habits is Reliable and Relevant**

Honeywell argues that Sommer's testimony about habits or operations in Alaska is unreliable. Sommer referenced that pilots in Alaska fly at or beyond the margins frequently. He stated this in explaining his opinion that two issues were a causal factor in this accident. Sommer testified that it was his opinion that the aircraft being aft of its center of gravity limit and the engine failure in flight contributed to the crash.[3] In referencing the mis-load, Sommer stated that if every time a plane was mis-loaded, airplanes would be crashing consistently. This testimony is reliable in that it is common knowledge that operations in Alaska operate in the fringe more so than anywhere else. In fact the FAA recognized the import of aviation in Alaska and grants waivers for operators to fly at 115% gross weight.[4]

---

[1] Exhibit A Sommer Dep. pg. 127:12-128:10
[2] Id. pg. 36:8-24
[3] Id. pg. 127:12-128:10
[4] Federal Aviation Regulation 14 CFR 91.323 "Increased maximum certificated weights for certain airplanes operated in Alaska"

Sommer's statements that Honeywell now seeks to exclude are reliable as they are based on Sommer's own observations and industry knowledge. It is well known in the aviation community about the "bush" pilots and operations.

Bush pilot syndrome has been known by the National Transportation Safety Board (NTSB) for decades. Between 1974 and 1978 the NTSB studied air taxi accidents in Alaska and issued Safety Recommendation A-80-105 in 1980 that outlined three major factors that the NTSB concluded were responsible for the high air taxi accident rate in Alaska. The first factor was the "bush syndrome". In the Safety Recommendation, the NTSB defined "bush syndrome" as "an attitude on the part of air taxi operators, pilots, and passengers in Alaska that ranges from a casual acceptance of risks to a willingness to take unwarranted risks." The Safety Recommendation was signed by the NTSB Chairman and all the members of the NTSB Board.

> In a 1995 NTSB Safety Study titled, "Aviation Safety in Alaska", the NTSB wrote,
>
> "…<u>information about risk taking behavior abounds in the Safety Board's records for accidents occurring in Alaska</u> in recent years; these were the flights in which the risks taken by the pilots were demonstrably excessive. Risk-taking attitudes and risk-taking behavior were also evident from pilot and operator responses to the Safety Board's survey…"[5] (emphasis added)
>
> The NTSB also wrote,

---

[5] Exhibit B P.35, NTSB Safety Study, "Aviation Safety in Alaska", SS-95/03. http://pop.h-cdn.co/assets/cm/15/06/54d1501d06922_-_SS95-03.pdf

3

In re Crash of Aircraft N93PC
3:15-cv-0112-HRH

> "The demands for reliable air service in Alaska can easily place pressures on pilots and operators to perform. An underlying factor in risk-taking, or "**bush syndrome**," is a response by pilots and operators to powerful demands for reliable air service in an operating environment and aviation infrastructure that are often inconsistent with those demands."[6] (emphasis added)

As recently as February 13, 2020 the NTSB released a Safety Recommendation Report titled, "Revised Processes to Implement Safety Enhancements for Alaska Aviation Operations."[7] The report noted that for the period from 2008 to 2017, the total accident rate in Alaska was 2.35 times higher than for the rest of the United States; the fatal accident rate in the state was 1.34 times higher.[8]

Moreover, Defendant expert Mark E. Madden's Curriculum Vitae (CV) indicates on April 22, 2016 he was a speaker at the Alaskan Aviation Safety Foundation's Annual Spring Seaplane Safety Seminar where he spoke on the topic of "The Bush Pilot Syndrome – What Is It and How Do I Avoid It?"[9] Madden's CV also indicates he taught "Flying the Alaskan Bush", an academic course that provided specialized discussion concerning unique flying conditions faced by Alaskan pilots and it covered the psychological aspects of the "Bush Pilot Syndrome".[10]

---

[6] Id., P.36
[7] Exhibit C NTSB, ASR-20-02, "Revised Processes to Implement Safety Enhancements for Alaska Aviation Operations" https://www.ntsb.gov/investigations/AccidentReports/Reports/ASR2002.pdf
[8] Id.
[9] Exhibit D Madden Expert Report, p.10
[10] Id. p.3

4

Finally, even the Defendant's own pilot expert Paul Roderick alluded to the bush pilot syndrome during an October 12, 2010 podcast interview with Aidan Loehr of the website "Oddball Pilot". While discussing Alaska pilots Roderick said,

> "…some people just don't ever get comfortable enough taking everything in like the weather and flying in the mountains, they're just not comfortable with it, you know you have to be, I'd say, a little more I think adventurous…"[11]

Defendants argue that Sommer's testimony of habits Alaskan pilots is speculative, unreliable, without foundation and should be barred despite that the NTSB has stated for almost half a century that the bush pilot syndrome exists. Moreover, the Defendant makes this argument despite the fact that Defendant's own expert has lectured about the bush pilot syndrome, and taught an academic course about the psychological aspects of the bush pilot syndrome.

Sommer's statements about Bush pilots and Alaska air operations is based on his personal observations and experience along with the common knowledge of the industry. His statements about flaps and mis-loading are relevant in that they explain his opinion that the mis-load and engine failure both contributed to this accident. The purpose of his testimony is not as Honeywell claims. Sommer is merely stating that the mis-load situation would not, on its own, cause this aircraft

---

[11] Interview with Paul Roderick, Talkeetna Air Taxi, October 12, 2010, by Aidan Loehr. https://oddballpilot.com/2010/10/interview-paul-roderick/

to crash. For the limited use in which Sommer utilizes this testimony it is not unduly prejudicial and it more probative of his rational for his opinions into the cause of this accident.

For the foregoing reasons, Honeywell's Motion should be denied.

DATED this 4th day of February, 2021,

>Respectfully submitted,
>
>__s/ James R. Brauchle
>Mary F. Schiavo, Esquire
>District Court ID # 10755
>S.C. Bar #76651
>James R. Brauchle, Esquire
>District Court ID # 8014
>S.C. Bar #69688
>MOTLEY RICE, LLC
>28 Bridgeside Blvd.
>Mt. Pleasant, SC 29464
>Telephone: (843) 216-9138
>Facsimile: (843) 216-9450
>mschiavo@motleyrice.com
>jbrauchle@motleyrice.com
>
>Michael J. Schneider
>LAW OFFICES OF MICHAEL J. SCHNEIDER
>880 "N" Street, Suite 202
>Anchorage, AK 99501
>Telephone: 907-277-9306
>Facsimile: 907-274-8201
>mschneider@aktriallaw.com

**COUNSEL FOR THE ESTATES OF KIMBERLEY CAROL CLAYTON ANTONAKOS, MILTON CONSTANTINE ANTONAKOS III, OLIVIA JANE ANTONAKOS, ANASTACIA CLAYTON ANTONAKOS, CHRISTOPHER MICHAEL MCMANUS, STACEY DICKERT MCMANUS, CONNOR MICHAEL MCMANUS, AND MEGHAN ALEXANDRA MCMANUS, DECEASED.**

James L. Ward, Esquire
District Court ID # 6956
S.C. Bar #13453
Chris Moore, Esquire
District Court ID # 10445
S.C. Bar #77934
RICHARDSON, PATRICK, WESTBROOK & BRICKMAN
1037 Chuck Dawley Boulevard
Mt. Pleasant, SC 29464
Telephone: (843) 727-6500
Facsimile: (843) 216-6509
jward@rpwb.com
cmoore@rpwb.com

J. Christopher Pracht, V
District Court ID # 10538
S.C. Bar # 77534
P.O. Box 4025
3025 E. Greenville Street
Anderson, SC 29622
Telephone: (864) 226-7222
Facsimile: (864) 226-7224
cp@tandplegal.com

**COUNSEL FOR THE ESTATE OF MILTON C. ANTONAKOS, JR., DECEASED.**