Mary F. Schiavo, Esquire
James R. Brauchle, Esquire
MOTLEY RICE, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9138
mschiavo@motleyrice.com
jbrauchle@motleyrice.com
**Counsel for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re Crash of Aircraft N93PC ) | |
| ) | No. 3:15-cv-0112-HRH |
| on July 7, 2013 at Soldotna, Alaska ) | (Consolidated with |
| ) | No. 3:15-cv-0113-HRH and |
| ) | No. 3:15-cv-0115-HRH) |
| ) | |

**JOINT STATUS REPORT ON STATUS OF
STIPULATIONS ON MOTIONS *IN LIMINE*_**

The parties file this Joint Status Report to advise the Court on the status of various stipulations and briefing on the Motions *in Limine* currently pending.

1.  Honeywell International Inc. ("Honeywell") filed a total of 30 motions *in limine* in this matter.

2.  The parties have been cooperatively and diligently negotiating stipulations on many of the motions.

3.  The parties have reached agreement on the following 11 motions *in limine*: 9 (ECF No. 400), 14 (ECF No. 405), 15 (ECF No. 406), 17 (ECF No. 408), 23 (ECF No. 414), 25 (ECF No. 416), 26 (ECF No. 417), 27 (ECF No. 418), 28 (ECF No. 419), 29 (ECF No. 422) and 30 (ECF No. 423).

In re Crash of Aircraft N93PC, Case No. 3:15:cv-00112HRH [Consolidated]
Page **1** of **5**
Case 3:15-cv-00112-HRH   Document 459   Filed 02/04/21   Page 1 of 5

4. The parties continue to discuss potential stipulations and believe they will reach some form of agreement on the following 9 motions *in limine*: 3 (ECF No. 393), 4 (ECF No. 394), 5 (ECF No. 396), 6 (ECF No. 397), 7 (ECF No. 398), 8 (ECF No. 399), 20 (ECF No. 411), 21 (ECF No. 412) and 24 (ECF No. 415).

5. The parties have not reached agreement on the following 10 motions *in limine* and plaintiffs will file (or have filed) oppositions to those motions today: 1 (ECF No. 391), 2 (ECF No. 392), 10 (ECF No. 401), 11 (ECF No. 402), 12 (ECF No. 403), 13 (ECF No. 404), 16 (ECF No. 407), 18 (ECF No. 409), 19 (ECF No. 410) and 22 (ECF No. 413).

6. The parties intend to file a joint stipulation and proposed order on the motions *in limine* on which they have agreement on or before February 12, 2021.

7. In the event a compromise cannot be reached on the motions *in limine* identified in paragraph 4, Plaintiffs will file their oppositions to those motions on February 19, 2021. However, it is the belief of the parties that some form of compromise will be reached on these motions, making any further briefing unnecessary.

WHEREFORE, the parties request the Court enter an order allowing the parties to submit stipulations to the Court on or before February 12, 2021, and further allowing Plaintiff to file responsive pleadings to any unresolved Motions *in Limine* on or before February 19, 2021.

DATED: February 4, 2021

In re Crash of Aircraft N93PC, Case No. 3:15:cv-00112HRH [Consolidated]
Page **2** of **5**
Case 3:15-cv-00112-HRH   Document 459   Filed 02/04/21   Page 2 of 5

Respectfully submitted,

  s/ James R. Brauchle
Mary F. Schiavo, Esquire
District Court ID # 10755
S.C. Bar #76651
James R. Brauchle, Esquire
District Court ID # 8014
S.C. Bar #69688
MOTLEY RICE, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9138
Facsimile: (843) 216-9450
mschiavo@motleyrice.com
jbrauchle@motleyrice.com

Michael J. Schneider
LAW OFFICES OF MICHAEL J. SCHNEIDER
880 "N" Street, Suite 202
Anchorage, AK 99501
Telephone: 907-277-9306
Facsimile: 907-274-8201
mschneider@aktriallaw.com


**COUNSEL FOR THE ESTATES OF KIMBERLEY CAROL CLAYTON ANTONAKOS, MILTON CONSTANTINE ANTONAKOS III, OLIVIA JANE ANTONAKOS, ANASTACIA CLAYTON ANTONAKOS, CHRISTOPHER MICHAEL MCMANUS, STACEY DICKERT MCMANUS, CONNOR MICHAEL MCMANUS, AND**

MEGHAN ALEXANDRA
MCMANUS, DECEASED.

James L. Ward, Esquire
District Court ID # 6956
S.C. Bar #13453
Chris Moore, Esquire
District Court ID # 10445
S.C. Bar #77934
RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN
1037 Chuck Dawley Boulevard
Mt. Pleasant, SC 29464
Telephone: (843) 727-6500
Facsimile: (843) 216-6509
jward@rpwb.com
cmoore@rpwb.com

J. Christopher Pracht, V
District Court ID # 10538
S.C. Bar # 77534
P.O. Box 4025
3025 E. Greenville Street
Anderson, SC 29622
Telephone: (864) 226-7222
Facsimile: (864) 226-7224
cp@tandplegal.com

**COUNSEL FOR THE ESTATE OF MILTON C. ANTONAKOS, JR., DECEASED.**

**WE CONSENT:**

| Mary Rediske, as Special Administrator of the Estate of Walter W. Rediske, and on behalf of the Beneficiaries of the Estate including Mary Elizabeth Rediske and minors W.A.R, W.J.R and E.J.R.<br><br>Alisa R. Brodkowitz<br>Rachel Min Luke<br>Friedman Rubin<br>51 University Street, Suite 201<br>Seattle, WA 98101<br>alisa@friedmanrubin.com<br>rachel@friedmanrubin.com<br><br>Peter Reed Ehrhardt<br>Law Office of Peter Ehrhardt<br>215 Fildalgo Avenue, Suite 201<br>Kenai, AK 9611<br>peter@907legal.com | Honeywell International, Inc.<br><br>Christopher Ledford, LLP<br>J. Christian Moller<br>Perkins Coie LLP (SEA)<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>cledford@perkinscoie.com<br>cmoller@perkinscoie.com<br><br>James N Leik<br>Perkins Coie, LLP<br>1029 W. 3rd Avenue, Suite 300<br>Anchorage, AK 99501<br>jleik@perkinscoie.com<br><br><br>Gina Marie Diomedi<br>John M. Kelly<br>Michael Gerard McQuillen<br>Todd Matthew Saranecki<br>Adler Murphy & McQuillen LLP<br>20 South Clark Street, Suite 2500<br>Chicago, IL 60603<br>gdiomedi@amm-law.com<br>jkelly@amm-law.com<br>mmcquillen@amm-law.com<br>tsaranecki@amm-law.com |
| | |
| | |