Michael G. McQuillen (Pro Hac Vice)
mmcquillen@amm-law.com
John M. Kelly (Pro Hac Vice)
jkelly@amm-law.com
Gina M. Diomedi (Pro Hac Vice)
gdiomedi@amm-law.com
ADLER MURPHY & McQUILLEN LLP
20 S. Clark Street, Suite 2500
Chicago, IL 60603
Telephone: 312.345.0700
Facsimile: 312.345.9860

James N. Leik (8111109)
JLeik@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

*Attorneys for Defendant Honeywell International Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re Crash of Aircraft N93PC on July 7, 2013 at Soldotna, Alaska | ) ) ) ) ) ) No. 3:15-cv-0112-HRH (Consolidated with No. 3:15-cv-0113-HRH and No. 3:15-cv-0115-HRH) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Mary Rediske (now known as Mary Hall), Special Administrator of the Estate of

Walter W. Rediske, on behalf of the Beneficiaries of the Estate including Mary

Elizabeth Rediske and minors W.A.R., W.J.R., and E.J.R. (hereinafter "Rediske') and

defendants Honeywell International Inc. and Texas Turbine Conversions, Inc. hereby stipulate and agree that Rediske's actions against defendants Honeywell International Inc. and Texas Turbine Conversions, Inc. shall be dismissed with prejudice, with each party to bear its own costs and attorneys' fees. This dismissal extends to all claims that Rediske made or could have made against Honeywell International Inc. or Texas Turbine Conversions, Inc. in each of the consolidated cases, including, but not limited to, claims brought on behalf of the minor statutory beneficiaries of the Rediske Estate.

In support of this stipulation for dismissal, and pursuant to District of Alaska Local Rule 68.1, the parties submit the following:[1]

1) Judgments for Change of Name issued by the Superior Court, Third Judicial District at Kenai, changing the names of the Special Administrator and the beneficiaries of the Estate effective February 2, 2018, as follows: Mary Elizabeth Rediske to Mary Elizabeth Hall; EJR to EJH; WJR to WJH; and WAR to WAH (Attachment A); and

2) Orders Approving Minor Settlement issued by the Superior Court, Third Judicial District at Kenai on July 8, 2021 pursuant to Alaska Rule of Civil Procedure 90.2, approving the settlements on behalf of the minor statutory beneficiaries with defendants Honeywell International Inc. and Texas Turbine Conversions, Inc., and approving the disbursement of settlement funds. (Attachment B). Due to the confidential terms of these settlements, the amounts have been redacted.

---

[1] In accordance with the rules for ECF filing, initials of minors have been substituted for the minors' names.

Dated: August 10, 2021

**PERKINS COIE LLP**
    Attorneys for Defendant
    Honeywell International Inc.

By:    /s/ James N. Leik
          James N. Leik, Alaska Bar No. 8111109


**EHRHARDT, ELSNER & COOLEY**
    Attorneys for Mary Rediske as Special
    Administrator of the Estate of Walter W.
    Rediske on behalf of W.A.R., W.J.R. and E.J.R.

By:    /s/ Peter R. Ehrhardt (consent)
          Peter R. Ehrhardt, Alaska Bar No. 8006016


**CASHION GILMORE LLC**
    Attorneys for Defendant
    Texas Turbine Conversions, Inc.

By:    /s/ Chester D. Gilmore (consent)
          Chester D. Gilmore, Alaska Bar No. 0405015

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 10, 2021, a true and correct copy of the foregoing

Stipulation for Dismissal with Prejudice was served electronically via the Court's

CM/ECF System on all parties involved.

By: /s/ James N. Leik
       James N. Leik