IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT KENAI

In the Matter of a Change of Name for:

EJR,

Current Name of ☐ Adult ☒ Minor Child.

CASE NO: 3KN-17-00894CI

**CERTIFICATE OF NAME CHANGE**

A judgment was entered by this court on 01/04/2018, authorizing EJR to assume the legal name of EJH effective on the date stated in this certificate, which must be after notice of the judgment has been posted.

All requirements for posting a copy of this judgment have been met.

**Therefore, the effective date* of the name change will be: 02/07/2018**

1/29/18
Date

_____
Clerk of Court

Deirder J. Cheek
(Type or Print Name)

(SEAL)

* Must be at least 30 days after judgment was distributed.

Clerk's Distribution:
1. File
2. Petitioner (certified copy)
3. Petitioner

1/30/18
dj

CIV-705 (3/17)
Certificate of Name Change

Civil Rule 84
AS 09.55.010

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT KENAI

In the Matter of a Change of Name for:

EJR,

Current Name of ☐ Adult ☒ Minor Child

CASE NO: 3KN-17-00894CI

**JUDGMENT FOR CHANGE OF NAME**

**IT IS ORDERED THAT:**
1. **Posting And Additional Service**
   ☒ **Posting Required**
   a. The clerk must post the information contained in the Notice of Judgment that appears on page two of this Judgment on the Alaska Court System's legal notice website for one week.
   b. ☐ **Additional Service** [Clerk: add docket code **CIV704A** if additional service is required.]
      It is ordered that the petitioner must provide additional service of the Notice on page two of this order as follows:

      _____

      Petitioner must file proof of service with the court before the Certificate of Name Change will be issued.
   c. After any required proof of service is filed, the clerk may issue a Certificate of Name Change stating the effective date of the name change. The date must be at least 30 days after the date this judgment is distributed.

   ☐ **No Posting Required**
   Due to concerns of personal safety, petitioner is not required to post the Notice of Judgment.

2. **Certificate of Name Change**
   On the effective date stated in the clerk's Certificate of Name Change, the

   ☒ minor child's  ☐ petitioner's name will be changed from EJR to EJH.

   1/4/2018
   Effective Date

   _[signature]_
   Superior Court Judge
   ANNA M. MORAN
   Type or Print Name

   I certify that on 1/8/18
   ✓ two copies of this order were given to
   petitioner; Evans (cc)
   Clerk: _[signature]_

   Recommended for approval on 12/29/17
   _[signature]_
   Master M. Fullon

Page 1 of 2
CIV-704 (10/15)
Judgment for Change of Name

Civil Rule 84
AS 09.55.010

**Note to Petitioner:** Check the information on this page to verify that the information is accurate. Contact the court as soon as possible to correct any errors.

**If "Additional Service" is required on the first page of this form, provide additional service of the Notice shown below as required by the judgment (the petitioner is responsible for reviewing all forms for accuracy before serving the Notice):**

> **Notice of Judgment – Change of Name**
> A judgment has been issued by the Superior Court in <u>Kenai,</u> Alaska, in Case # <u>3KN-17-00894CI</u> ordering that the
> ☒ minor child's name ☐ petitioner's name will
> be changed from <u>EJR</u> to <u>EJH,</u>
> effective on the effective date stated in the clerk's Certificate of Name Change.

Page 2 of 2
CIV-704 (10/15)
Judgment for Change of Name

Civil Rule 84
AS 09.55.010

Case 3:15-cv-00112-HRH   Document 542-1   Filed 08/10/21   Page 3 of 12

ATTACHMENT A
Page 3 of 12

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT KENAI

In the Matter of a Change of Name for:

WJR,

Current Name of ☐ Adult ☒ Minor Child.

CASE NO: 3KN-17-00893CI

**CERTIFICATE OF NAME CHANGE**

A judgment was entered by this court on 01/04/2018, authorizing WJR to assume the legal name of WJH effective on the date stated in this certificate, which must be after notice of the judgment has been posted.

All requirements for posting a copy of this judgment have been met.

**Therefore, the effective date\* of the name change will be: 02/07/2018**

_____1/29/2018_____
Date

_____[signature]_____
Clerk of Court

Deirdre J. Cheek
(Type or Print Name)

(SEAL)

\* Must be at least 30 days after judgment was distributed.

Clerk's Distribution:
1. File
2. Petitioner (certified copy)
3. Petitioner

CIV-705 (3/17)
Certificate of Name Change

Civil Rule 84
AS 09.55.010

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT KENAI

In the Matter of a Change of Name for:

WJR, _____

Current Name of ☐ Adult ☒ Minor Child

CASE NO: 3KN-17-00893CI

**JUDGMENT FOR CHANGE OF NAME**

**IT IS ORDERED THAT:**
**1. Posting And Additional Service**
   ☒ **Posting Required**
   a. The clerk must post the information contained in the Notice of Judgment that appears on page two of this Judgment on the Alaska Court System's legal notice website for one week.
   b. ☐ **Additional Service** [Clerk: add docket code **CIV704A** if additional service is required.]
      It is ordered that the petitioner must provide additional service of the Notice on page two of this order as follows:

      _____

      Petitioner must file proof of service with the court before the Certificate of Name Change will be issued.

   c. After any required proof of service is filed, the clerk may issue a Certificate of Name Change stating the effective date of the name change. The date must be at least 30 days after the date this judgment is distributed.

   ☐ **No Posting Required**
   Due to concerns of personal safety, petitioner is not required to post the Notice of Judgment.

**2. Certificate of Name Change**

On the effective date stated in the clerk's Certificate of Name Change, the ☒ minor child's ☐ petitioner's name will be changed from WJR to WJH.

1/4/2018
Effective Date

_Anna M. Moran_
Superior Court Judge
ANNA M. MORAN
Type or Print Name

I certify that on 1/8/2018
✓ two copies of this order were given to petitioner: EVANS (cc)
Clerk: _____

Recommended for approval on 12/29/17
_____
Master M. FALLON

Page 1 of 2
CIV-704 (10/15)
Judgment for Change of Name

Civil Rule 84
AS 09.55.010

**Note to Petitioner:** Check the information on this page to verify that the information is accurate. Contact the court as soon as possible to correct any errors.

...........................................................................................................................................

**If "Additional Service" is required on the first page of this form, provide additional service of the Notice shown below as required by the judgment (the petitioner is responsible for reviewing all forms for accuracy before serving the Notice):**

> **Notice of Judgment – Change of Name**
>
> A judgment has been issued by the Superior Court in Kenai, Alaska, in Case # 3KN-17-00893CI ordering that the
>
> ☒ minor child's name ☐ petitioner's name will
>
> be changed from WJR to WJH,
>
> effective on the effective date stated in the clerk's Certificate of Name Change.

Page 2 of 2
CIV-704 (10/15)
Judgment for Change of Name

Civil Rule 84
AS 09.55.010

Case 3:15-cv-00112-HRH   Document 542-1   Filed 08/10/21   Page 6 of 12

ATTACHMENT A
Page 6 of 12

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT KENAI

In the Matter of a Change of Name for:

WAR,

Current Name of ☐ Adult ☒ Minor Child.

CASE NO: 3KN-17-00892CI

**CERTIFICATE OF NAME CHANGE**

A judgment was entered by this court on 01/04/2018, authorizing WAR to assume the legal name of WAH effective on the date stated in this certificate, which must be after notice of the judgment has been posted.

All requirements for posting a copy of this judgment have been met.

**Therefore, the effective date\* of the name change will be: 02/07/2018**

1/29/2018
Date

*[signature]*
Clerk of Court

Deirdre J. Cheek
(Type or Print Name)

(SEAL)

\* Must be at least 30 days after judgment was distributed.

Clerk's Distribution:
1. File
2. Petitioner (certified copy)
3. Petitioner

1/30/2018
d jr

CIV-705 (3/17)
Certificate of Name Change

Civil Rule 84
AS 09.55.010

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT KENAI

In the Matter of a Change of Name for:

WAR, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Current Name of ☐ Adult ☒ Minor Child

CASE NO: 3KN-17-00892CI

**JUDGMENT FOR CHANGE OF NAME**

**IT IS ORDERED THAT:**
1. **Posting And Additional Service**
   ☒ **Posting Required**
   a. The clerk must post the information contained in the Notice of Judgment that appears on page two of this Judgment on the Alaska Court System's legal notice website for one week.
   b. ☐ **Additional Service** [Clerk: add docket code **CIV704A** if additional service is required.]
   It is ordered that the petitioner must provide additional service of the Notice on page two of this order as follows:

   _____

   Petitioner must file proof of service with the court before the Certificate of Name Change will be issued.

   c. After any required proof of service is filed, the clerk may issue a Certificate of Name Change stating the effective date of the name change. The date must be at least 30 days after the date this judgment is distributed.

   ☐ **No Posting Required**
   Due to concerns of personal safety, petitioner is not required to post the Notice of Judgment.

2. **Certificate of Name Change**
   On the effective date stated in the clerk's Certificate of Name Change, the
   ☒ minor child's ☐ petitioner's name will be changed from WAR to WAH_____

_1/4/2018_
Effective Date

_(signature)_
Superior Court Judge

ANNA M. MORAN
Type or Print Name

I certify that on 1/8/18
two copies of this order were given to
petitioner: Evans (cc)
Clerk: _(signature)_

Recommended for approval on 12/29/17

_(signature)_
Master m. Fallon

Page 1 of 2
CIV-704 (10/15)
Judgment for Change of Name

Civil Rule 84
AS 09.55.010

**Note to Petitioner:** Check the information on this page to verify that the information is accurate. Contact the court as soon as possible to correct any errors.

If "Additional Service" is required on the first page of this form, provide additional service of the Notice shown below as required by the judgment (the petitioner is responsible for reviewing all forms for accuracy before serving the Notice):

---

**Notice of Judgment – Change of Name**

A judgment has been issued by the Superior Court in Kenai, Alaska, in Case # 3KN-17-00892CI ordering that the

☒ minor child's name ☐ petitioner's name will

be changed from WAR to WAH,

effective on the effective date stated in the clerk's Certificate of Name Change.

---

Page 2 of 2
CIV-704 (10/15)
Judgment for Change of Name

Civil Rule 84
AS 09.55.010

Case 3:15-cv-00112-HRH   Document 542-1   Filed 08/10/21   Page 9 of 12

ATTACHMENT A
Page 9 of 12

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT KENAI

In the Matter of a Change of Name for:

Mary Elizabeth Rediske,

Current Name of ☒ Adult ☐ Minor Child.

CASE NO: 3KN-17-00891CI

**CERTIFICATE OF NAME CHANGE**

A judgment was entered by this court on 01/04/2018, authorizing Mary Elizabeth Rediske to assume the legal name of Mary Elizabeth Hall effective on the date stated in this certificate, which must be after notice of the judgment has been posted.

All requirements for posting a copy of this judgment have been met.

**Therefore, the effective date* of the name change will be: 02/07/2018**

1/29/2018
Date

_____
Clerk of Court

Deirdre J. Cheek
(Type or Print Name)

(SEAL)

* Must be at least 30 days after judgment was distributed.

Clerk's Distribution:
1. File
2. Petitioner (certified copy)
3. Petitioner   1/30/18 dy

CIV-705 (3/17)
Certificate of Name Change

Civil Rule 84
AS 09.55.010

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT KENAI

In the Matter of a Change of Name for:

Mary Elizabeth Rediske,

CASE NO: 3KN-17-00891CI

Current Name of ☒ Adult ☐ Minor Child

**JUDGMENT FOR CHANGE OF NAME**

**IT IS ORDERED THAT:**
1. **Posting And Additional Service**
   ☒ **Posting Required**
   a. The clerk must post the information contained in the Notice of Judgment that appears on page two of this Judgment on the Alaska Court System's legal notice website for one week.
   b. ☐ **Additional Service** [Clerk: add docket code **CIV704A** if additional service is required.]
   It is ordered that the petitioner must provide additional service of the Notice on page two of this order as follows:

   _____

   Petitioner must file proof of service with the court before the Certificate of Name Change will be issued.

   c. After any required proof of service is filed, the clerk may issue a Certificate of Name Change stating the effective date of the name change. The date must be at least 30 days after the date this judgment is distributed.

   ☐ **No Posting Required**
   Due to concerns of personal safety, petitioner is not required to post the Notice of Judgment.

2. **Certificate of Name Change**
   On the effective date stated in the clerk's Certificate of Name Change, the ☐ minor child's ☒ petitioner's name will be changed from Mary Elizabeth Rediske to Mary Elizabeth Hall

1/4/2018
Effective Date

_[signature]_
Superior Court Judge
ANNA M. MORAN
Type or Print Name

I certify that on 1/8/18
✓ two copies of this order were given to
petitioner: _vans (cc)_
Clerk: _[signature]_

Recommended for approval on 12/29/17
_[signature]_
Master M Fullen

Page 1 of 2
CIV-704 (10/15)
Judgment for Change of Name

Civil Rule 84
AS 09.55.010

**Note to Petitioner:** Check the information on this page to verify that the information is accurate. Contact the court as soon as possible to correct any errors.

If "Additional Service" is required on the first page of this form, provide additional service of the Notice shown below as required by the judgment (the petitioner is responsible for reviewing all forms for accuracy before serving the Notice):

> **Notice of Judgment – Change of Name**
> A judgment has been issued by the Superior Court in Kenai, Alaska,
> in Case # 3KN-17-00891CI ordering that the
> ☐ minor child's name ☒ petitioner's name will
> be changed from Mary Elizabeth Rediske to Mary Elizabeth Hall,
> effective on the effective date stated in the clerk's Certificate of Name Change.

Page 2 of 2
CIV-704 (10/15)
Judgment for Change of Name

Civil Rule 84
AS 09.55.010

Case 3:15-cv-00112-HRH   Document 542-1   Filed 08/10/21   Page 12 of 12

ATTACHMENT A
Page 12 of 12