IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRIC AT KENAI

In the Matter of Minor Child: )
)
WAH (fka Rediske) DOB: 1 )
0/10/2007 )
) CASE N0: 3KN-21-00145PR
_____ )

## ORDER APPROVING MINOR SETTLEMENT

This matter having come before the Court on the Petition of Mary Hall, the mother of the minor child, WJH (fka Rediske), for approval of settlement.

It is hereby Ordered as follows:

1. The settlement terms between Plaintiff Mary Hall, as mother of WJH (fka Rediske), and Defendants' Honeywell International Inc. and Texas Turbines International, Inc., as set forth in the Settlement Agreement and Release of All Claims, Attachment F and G to the Petition, are found reasonable, in compliance with all requirements of Civil Rule 90.1, and in the best interests of the minor, and therefore the settlement agreement is approved in full.

2. Mary Hall is authorized to sign the Settlement Agreement and Release.

3. The Court approves payment of ███████ total in attorney fees for all three minor children. Costs of ███████ are waived by counsel for Plaintiffs.

4. One third of the remaining funds - ███████ - shall be deposited on behalf of WAH (fka Rediske) in a UTMA account through Edward Jones Financial as set forth in attachment 2.

JUL - 2 2021

Dated this 8th day of July, 2021 at Kenai, Alaska.
SUPERIOR COURT JUDGE

I certify that a copy of the foregoing was
__ mailed to _____
__ place in court box to _____
__ faxed to _____
✓ scanned to Ehrhardt
AC                                    7-8-21
Clerk                                  Date

Page 3

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT KENAI

In the Matter of Minor Child: )
)
EJH (fka Rediske) DOB: )
02/04/2012 )
) CASE NO: 3KN-21-115 PR

## ORDER APPROVING MINOR SETTLEMENT

This matter having come before the Court on the Petition of Mary Hall, the mother of the minor child, EJH (fka Rediske), for approval of settlement.

It is hereby Ordered as follows:

1. The settlement terms between Plaintiff Mary Hall, as mother of EJH (fka Rediske), and Defendants' Honeywell International Inc. and Texas Turbines International, Inc., as set forth in the Settlement Agreement and Release of All Claims, Attachment F and G to the Petition, are found reasonable, in compliance with all requirements of Civil Rule 90.1, and in the best interests of the minor, and therefore the settlement agreement is approved in full.

2. Mary Hall is authorized to sign the Settlement Agreement and Release.

3. The Court approves payment of ▇▇▇ total in attorney fees for all three minor children. Costs of ▇▇▇ are waived by counsel for Plaintiffs.

4. One third of the remaining funds - ▇▇▇ - shall be deposited on behalf of EJH. (fka Rediske) in a UTMA account through Edward Jones Financial as set forth in attachment 1.

Dated this 8² day of July, 2021, at Kenai, Alaska.

_____
SUPERIOR COURT JUDGE

JUL -2 2021

I certify that a copy of the foregoing was
__ mailed to _____
__ place in court box to _____
✓ faxed to _____
✓ scanned to Ehrhardt
AK                  7-8-21
Clerk               Date

Page 2

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRIC AT KENAI

In the Matter of Minor Child: )
)
WJH (fka Rediske) )
DOB: 08/06/2009 )
) CASE N0: 3KN-21-174 PR

ORDER APPROVING MINOR SETTLEMENT

This matter having come before the Court on the Petition of Mary Hall, the mother of the minor child, WJH (fka Rediske), for approval of settlement.

It is hereby Ordered as follows:

1. The settlement terms between Plaintiff Mary Hall, as mother of WJH (fka Rediske), and Defendants' Honeywell International Inc. and Texas Turbines International, Inc., as set forth in the Settlement Agreement and Release of All Claims, Attachment F and G to the Petition, are found reasonable, in compliance with all requirements of Civil Rule 90.1, and in the best interests of the minor, and therefore the settlement agreement is approved in full.

2. Mary Hall is authorized to sign the Settlement Agreement and Release.

3. The Court approves payment of [redacted] total in attorney fees for all three minor children. Costs of [redacted] are waived by counsel for Plaintiffs.

4. One third of the remaining funds - [redacted] - shall be deposited on behalf of EJH (fka Rediske) in a UTMA account through Edward Jones Financial as set forth in attachment 3.

Dated this 8th day of July, 2021, at Kenai, Alaska.

SUPERIOR COURT JUDGE

I certify that a copy of the foregoing was
__ mailed to _____
__ place in court box to _____
__ faxed to _____
✓ scanned to Ehrhardt
HL                      7-8-21
Clerk                   Date

JUL -2 2021

Page 3