IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re Crash of Aircraft N93PC ) | No. 3:15-cv-0112-HRH |
| ) | [Consolidated with |
| on July 7, 2013, at Soldotna, Alaska ) | No. 3:15-cv-0113-HRH and |
| ) | No. 3:15-cv-0115-HRH] |
| _____ ) | |

ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the *Stipulation for Dismissal with Prejudice*[1] by the parties, all actions in the consolidated cases by Mary Rediske (now known as Mary Hall), Special Administrator of the Estate of Walter W. Rediske, against defendants Honeywell International Inc. and Texas Turbine Conversions, Inc., are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.  This dismissal extends to all claims that Mary Rediske made or could have made against Honeywell International Inc. or Texas Turbine Conversions, Inc., in any of the consolidated cases, including, but not limited to, all claims on behalf of the minor statutory beneficiaries of the Rediske Estate.

DATED at Anchorage, Alaska, this  11th  day of August, 2021.


/s/   H. Russel Holland
United States District Judge

_____

[1]Docket No. 542.

ORDER FOR DISMISSAL WITH PREJUDICE                                    - 1 -