# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re Crash of Aircraft N93PC on July 7, 2013 at Soldotna, Alaska | Case No. 3:15-cv-0112-JMK (Consolidated with Case No. 3:15-cv-0113-JMK and Case No. 3:15-cv-0115-JMK) |

## ORDER DISMISSING THIRD-PARTY COMPLAINT

Upon consideration of Honeywell International Inc.'s ("Honeywell") Unopposed Motion to Dismiss its Third-Party Complaint at Docket 602, the Court hereby orders that:

1. Honeywell's Third-Party Complaint against Rediske Air, Inc., Rediske Family Limited Partnership, and the Estate of Walter Rediske for equitable apportionment (Docket. 38) is dismissed.

2. Fault may be allocated to Walter Rediske and Rediske Air pursuant to Alaska Statute 09.17.080[1] notwithstanding Honeywell's dismissal of the third-party complaint against them.

---

[1] Alaska Statute 09.17.080 provides, "[i]n all actions involving fault of more than one person, including third-party defendants and persons who have settled or otherwise been released, the court . . . shall instruct the jury to answer special interrogatories . . . indicating . . . the percentage of the total fault that is allocated to each claimant, defendant, third-party defendant, person who has been released from liability, or other person responsible for the damages . . . ."

IT IS SO ORDERED this 30th day of January, 2023, at Anchorage, Alaska.

_/s/ Joshua M. Kindred_

JOSHUA M. KINDRED
United States District Judge

_In re Crash of Aircraft N93PC on July 7, 2013, at Soldotna, Alaska_     Case No. 3:15-cv-00112-JMK
Order Granting Unopposed Motion to Dismiss Third-Party Complaint     Page 2

Case 3:15-cv-00112-JMK   Document 606   Filed 01/31/23   Page 2 of 2