MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

IN RE CRASH OF AIRCRAFT N93PC ON JULY 7, 2013, AT SOLDOTNA, ALASKA

BEFORE THE HONORABLE: JOSHUA M. KINDRED  CASE NO. 3:15-cv-00112-JMK

DEPUTY CLERK:     SUZANNETTE DAVID-WATERS AND JESSICA SOLNICK

OFFICIAL REPORTER:   STACY M. BALDWIN

APPEARANCES:   PLAINTIFF: JAMES RICHARD BRAUCHLE,
MICHAEL J. SCHNEIDER, MARY SCHIAVO, CHRISTOPHER
JAMES MOORE, JOHN CHRISTOPHER PRACHT

DEFENDANT: MICHAEL GERARD MCQUILLEN, JOHN M.
KELLY, GINA MARIE DIOMEDI, JAMES N. LEIK
FOR HONEYWELL

PROCEEDINGS: TRIAL BY JURY – DAY 2 HELD JANUARY 31, 2023

At 9:15 a.m. court convened in Anchorage Courtroom 3 without the jury panel present.

Court and counsel heard re opening statements, factual stipulations, economist reports, Frankenfeld's deposition testimony, and jury instructions.

Court and counsel heard re Judge Holland's Order (dkt 530) re excluding evidence of decedents.

At 9:32 a.m. the jury panel entered the courtroom.

Court and counsel heard re trial scheduling.

Plaintiffs' opening statements heard.

At 10:22 a.m. the jury panel exited the courtroom.

At 10:23 a.m. court recessed until 10:39 a.m. without the jury panel present.

Court and counsel heard re Plaintiffs' first witness availability.

Continued to Page 2

(Revised 1-29-2015)

```
                    CONTINUATION - PAGE 2
  IN RE CRASH OF AIRCRAFT N93PC ON JULY 7, 2013, AT SOLDOTNA, ALASKA
                       3:15-cv-00112-JMK
                      TRIAL BY JURY - DAY 2
                        JANUARY 31, 2023
-----------------------------------------------------------------
```

At 10:47 a.m. the jury panel entered the courtroom.

Defendant's opening statements heard.

At 12:02 p.m. the jury panel exited the courtroom.

Court and counsel heard re Plaintiffs' objections to Defendant's references to NTSB determinations.

At 12:05 p.m. court recessed until 1:01 p.m. without the jury panel present.

Court and counsel heard re NTSB issue during Defendant's opening statement and violation of Judge Holland's Order.

Arguments heard; Court to review transcript.

Witness exclusionary rule invoked.

At 1:19 p.m. the jury panel entered the courtroom.

Plaintiffs read stipulated facts to the jury panel.

Matthew Isham sworn and testified on behalf of the plaintiffs. Plaintiffs' exhibits 103, 104 **IDENTIFIED** for demonstrative purpose only.

Colin Anthony Sommer sworn and testified as an expert on behalf of the plaintiffs. Plaintiffs' exhibit 105 **IDENTIFIED** for demonstrative purpose only. Plaintiffs' exhibit 9 **ADMITTED.**

At 2:25 p.m. the jury panel exited the courtroom.

Court and counsel heard re Juror #1 can view monitor on counsel's table.

Court and counsel heard re witnesses and Rule 615(b).

                    Continued to Page 3

(Revised 1-29-2015)

```
                    CONTINUATION – PAGE 3
 IN RE CRASH OF AIRCRAFT N93PC ON JULY 7, 2013, AT SOLDOTNA, ALASKA
                       3:15-cv-00112-JMK
                     TRIAL BY JURY – DAY 2
                       JANUARY 31, 2023
----------------------------------------------------------------
```

At 2:28 p.m. court recessed until 2:43 p.m. without the jury panel present.

At 2:46 p.m. the jury panel entered the courtroom.

Colin Anthony Sommer resumed the stand and testified further as an expert on behalf of the plaintiffs. Plaintiffs' exhibits 106, 107 **IDENTIFIED** for demonstrative purpose only. Plaintiffs' exhibits 3, 15, 17A, 17B, 17C, 64, 65, 68, 108 **ADMITTED**.

Court admonished the jury panel.

At 2:14 p.m. the jury panel exited the courtroom to reconvene Wednesday, February 1, 2023 at 9:30 a.m.

Court and counsel heard re opening statement by defense not in violation with the Court's orders at dockets 537 and 538.

Court and counsel heard re no issues with economist reports.

At 4:20 p.m. court recessed this matter to reconvene **Wednesday, February 1, 2023 at 9:15 a.m.**

DATE:   January 31, 2023     DEPUTY CLERK'S INITIALS:  SDW/JDS

(Revised 1-29-2015)